**SO ORDERED.**

**SIGNED this 20th day of August, 2013.**



_____
Janice Miller Karlin
United States Bankruptcy Judge
_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

In re:

**STEWART A. PROPHETT,**          Case No. 12-41930-JMK
        **Debtor.**

_____
**RICHARD A. WIELAND,**
**UNITED STATES TRUSTEE**

        **Plaintiff,**

vs.          Adversary No. 13-7017

**EVERGREEN ASSOCIATES CORP.,**

        **Defendant.**

## JUDGMENT ON DECISION

    This adversary proceeding was before the Court on Plaintiff's Complaint seeking disgorgement, fines and injunctive relief against Defendant, Evergreen Associates Corp. based on violations of 11 U.S.C. § 110.[1] On August 20, 2013, the Court entered a Default Judgment, finding that Defendant Evergreen Associates

---

[1] Doc. 1.

Corp. had violated 11 U.S.C. §§ 110(b),(c), (e), (h) and (i).

Based upon that Default Judgment, the Court hereby enters judgment requiring Defendant to pay to Stewart A. Prophett the amount of $36,000 pursuant to 11 U.S.C. § 110(i)(1), requiring Defendant to pay a fine to the United States Trustee in the amount of $6,000 for its violations of 11 U.S.C. §§ 110(b), (c), (e), and (h), and requiring Defendant to pay the United States Trustee reasonable attorney fees in the amount of $2,800.

The Judgment further enjoins Defendant, and its officers, employees, and agents from acting in any jurisdiction of the United States as a Bankruptcy Petition Preparer pursuant to 11 U.S.C. § 110(j)(2).

**IT IS SO ORDERED**, in accordance with Federal Rule of Bankruptcy Procedure 9021 and Federal Rule of Civil Procedure 54(b).

# # #